COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-057-CV

IN RE KIRK WILKE RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and temporary relief and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus and temporary relief are denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A:  CAYCE, C.J.; LIVINGSTON and GARDNER, JJ.

DELIVERED:  February 22, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.